IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RONALD BLACK,

    Defendant.

Case No. 3:11cr184

JUDGE WALTER HERBERT RICE

---

ENTRY REFERRING DEFENDANT, UPON THE COURT'S OWN MOTION, TO FEDERAL MEDICAL CENTER, PURSUANT TO 18 U.S.C. §§ 4241 AND 4244, FOR A DETERMINATION OF MENTAL COMPETENCY TO UNDERGO POST-RELEASE PROCEEDINGS AND FOR MENTAL STATUS EVALUATION; FOLLOWING EVALUATIONS, A REPORT SHOULD BE FURNISHED THE UNDERSIGNED

---

Pursuant to the record made on May 1, 2012, this Court, upon its own motion, refers the Defendant to a Federal Medical Center, pursuant to 18 U.S.C. §§ 4241 and 4244, for a determination/evaluation of his present mental competency to undergo post-release proceedings and for a mental status evaluation, following which evaluations the undersigned is to be furnished a written report of same.

The Court notes that this Defendant has undergone at least one previous evaluation within the Federal Bureau of Prisons. Accordingly, the results of said

evaluation(s) should be available to the mental health professionals performing the evaluations ordered herein.

It is the request of this Court that the United States Marshals Service transport the Defendant to the designated Federal Medical Center at the earliest practicable time.

May 7, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Marquita Howard, U.S. Probation Department
U.S. Marshals Service