# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

RONALD BLACK,

    Defendant(s).

Case No. 3:11-cr-184

Judge Walter Herbert Rice

## ORDER REGARDING DEFENDANT RONALD BLACK

The Court ordered that the defendant, Ronald Black, be released from custody on 11/26/2012.

The court further ordered Fort Hamilton Hospital to notify the U.S. Marshal and the court 24 hours prior to the release of Mr. Black. The defendant has now been moved from Fort Hamilton Hospital to the Drake Center for an undetermined amount of time. The court orders the Drake Center to notify the U.S. Marshal and the court 24 hours prior to the release of Mr. Black.

IT IS SO ORDERED.

December 19, 2012

_____
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record
United States Marshall Service